DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HOWARD SCHWARTZ,**
Appellant,

v.

**SUNRISE LAKES CONDOMINIUM PHASE 4, INC. 3**
and **JUDY SCHWARTZ,**
Appellees.

No. 4D22-81

[March 30, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. CACE18010992.

Robert J. Mansen, David Stone, Ronnie Bronstein, and Aleksandra Kravets of Mansfield Bronstein & Stone, LLP, Fort Lauderdale, for appellant.

Ashley R. Tulloch and Jamie A.B. Rodriguez of Frank, Weinberg & Black, P.L., Plantation, for appellee Sunrise Lakes Condominium Phase 4, Inc. 3.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***